

| | |
|---|---|
| 1  Evan Livingstone, SBN 252008 | |
| 2  Law Office of Evan Livingstone<br>2585 Sebastopol Rd, Unit 7265 | The following constitutes the order of the Court.<br>Signed: February 17, 2026 |
| 3  Santa Rosa, CA 95407<br>Phone: (707) 280-2791 | |
| 4  Fax:   (707) 676-9112<br>Email: evanmlivingstone@gmail.com | _____ |
| 5  Attorney for Debtor | **Charles Novack** |
| 6  Jorge Almanza Martin Del Campo | **U.S. Bankruptcy Judge** |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.     25-41405 CN |
| JORGE ALMANZA MARTIN DEL CAMPO | Chapter      11 |
| Debtor | AP No.       26-04003 |
| JORGE ALMANZA MARTIN DEL CAMPO | **ORDER SETTING HEARING ON PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |
| Plaintiff | Date:  February 24, 2026<br>Time:  11:00 AM |
| TWIN RIVERS CAPITAL, a California Corporation, OMEGA REALTY & LENDING, INC, JOEL DE LA CRUZ, and KEVIN TERRY | Judge: Hon. Charles Novack<br>Ctrm:  1300 Clay St, Ctrm 215 |
| Defendants | Via Zoom Video Conference or In Person |

TO Defendants TWIN RIVERS CAPITAL, a California Corporation, and OMEGA REALTY & LENDING, INC:

A hearing on Plaintiff JORGE ALMANZA MARTIN DEL CAMPO's Application for a Temporary Restraining Order enjoying Defendants from selling the real property at 4824 Bancroft Ave, Oakland, CA 94601 Alameda County APN 035-2384-003-03, is hereby set for February 24, 2026, at 11:00 AM, in the courtroom of the Honorable Charles Novack, located at 1300 Clay Street, Courtroom 215, Oakland, CA 94612. Appearances may be in person or by Zoom. Any opposition to Plaintiff's Application for a TRO may be made at the hearing.

*** END OF ORDER ***

## Court Service List

Joshua Scheer
Scheer Law Group, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656
Attorneys for Twin Rivers Capital, Omega Realty & Lending, Inc